IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>VS.<br><br>DEDRICK ANTHONY TAYLOR<br>    Defendant. | )<br>)<br>)<br>)<br>)   CR. NO. 04-20015-Ml<br>)<br>)<br>)<br>) |

### ORDER ON CHANGE OF PLEA

    This cause came on to be heard on May 12, 2005, the United States Attorney for this district, Tony Arvin, appearing for the Government and the defendant, Dedrick Anthony Taylor, appearing in person and with counsel, Lorna McClusky, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1, 2, 3 and 4 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **FRIDAY, SEPTEMBER 16, 2005, at 9:00 a.m., before Judge Jon Phipps McCalla.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 18 day of May, 2005.

                                    JON PHIPPS McCALLA
                                    UNITED STATES DISTRICT COURT

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on  5-19-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:04-CR-20015 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT