IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 12  PM 12: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-20015 Ml |
| ) | |
| DEADRICK ANTHONY TAYLOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER GRANTING MOTION TO CONTINUE

Before the Court is the Government's motion to continue the September 16, 2005 sentencing filed September 12, 2005. Good cause having been shown, the motion is hereby GRANTED and the sentencing in this matter is RESET to Tuesday, November 15, 2005, at 9:00 a.m.

IT IS SO ORDERED this  12  day of September, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:04-CR-20015 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT