IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 14 AM 9:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | Cr. No. 04-20015-M1 |
| | * | MOTION GRANTED |
| DEDRICK ANTHONY TAYLOR, | * | Reset to 8:45 AM |
| Defendant. | * | Jan. 19, 2006 |

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Nov. 11, 2005
DATE

**MOTION FOR CONTINUANCE OF NOVEMBER 15, 2005**
**SENTENCING**

The United States moves the Court to continue the November 15, 2005 sentencing presently set in this case for 60 days.  The United States requests this continuance to permit the disposition of the co-defendant's case prior to the defendant being sentenced. Counsel for the defendant has been consulted and has no objection.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#11392 Tennessee)

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-14-05



## CERTIFICATE OF SERVICE

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been mailed, first class postage pre-paid, to Lorna McClusky, Attorney at Law, 3074 East Street, Memphis, TN 38128.

This 9th day of November, 2005.

TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 98 in case 2:04-CR-20015 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT